463 A.2d 486

Wallace, Appellant v. Russell.

Reargument Denied Aug. 26, 1983.

Petition for Allowance of Appeal Denied Dec. 19, 1983.

629

Argued March 1, 1982. Allen L. Feingold, submitted a brief on behalf of appellant; Mitchell S. Greenspan, for appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Affirmed.